

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | | |
|---|---|---|
| MERCEDES OCHOA-BUNSOW, | § | 08-17-00238-CV |
| Appellant, | § | Appeal from the County Court |
| v. | § | at Law Number Six |
| ALFONSO SOTO and SOTO LAW FIRM, P.C., | § | of El Paso County, Texas |
| | § | |
| Appellees. | § | (TC# 2016DCV0240) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.